## UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ELECTRICAL SOLUTIONS NETWORK, INC., | § | Case No. 14-28323 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/01/2014 .  The undersigned trustee was appointed on 08/01/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4.  The trustee realized gross receipts of | $ | 26,670.36 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 193.51 |
| Bank service fees | | 161.24 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 26,315.61 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was  12/08/2014  and the deadline for filing governmental claims was  01/28/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,417.04 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,417.04 , for a total compensation of $ 3,417.04 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 202.89 , for total expenses of $ 202.89 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  12/09/2015                By:/s/Peter N. Metrou, Trustee
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 14-28323 BWB Judge: BRUCE W. BLACK | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: | ELECTRICAL SOLUTIONS NETWORK, INC., | Date Filed (f) or Converted (c): 08/01/14 (f) |
| | | 341(a) Meeting Date: 09/04/14 |
| For Period Ending: 12/09/15 | | Claims Bar Date: 12/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Checking account with Chase Bank # 4904 | 2,980.00 | 2,980.00 | | 2,341.61 | FA |
| 2. Checking account with Chase Bank # 4870 | 65.00 | 65.00 | | 0.00 | FA |
| 3. Accounts Receivables - see attached breakdown | 39,441.63 | 39,441.63 | | 9,895.00 | FA |
| 4. Misc Office Equipment, Furnishings & Supplies | 7,000.00 | 7,000.00 | OA | 0.00 | FA |
| 5. Inventory | 19,500.00 | 19,500.00 | OA | 0.00 | FA |
| 6. Refund (u) | 0.00 | 0.00 | | 633.75 | FA |
| 7. Bonus Check from ComEd | 13,800.00 | 0.00 | | 13,800.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $82,786.63 | $68,986.63 | | $26,670.36 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assets liquidated -Ready for claims review and TFR

Initial Projected Date of Final Report (TFR): 12/01/15    Current Projected Date of Final Report (TFR): 12/01/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| | | |
|---|---|---|
| Case No: | 14-28323  -BWB | |
| Case Name: | ELECTRICAL SOLUTIONS NETWORK, INC., | |

Trustee Name:       Peter N. Metrou, Trustee
Bank Name:          Associated Bank
Account Number / CD #:       *******5157  Checking Account (Non-Interest Earn

Taxpayer ID No: *******1063
For Period Ending: 12/09/15

Blanket Bond (per case limit):   $  1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/25/14 | 3 | U.S.O.B.<br>28156 W. Northpointe Pkwy<br>Lake Barrington, IL 60010 | A/R | 1121-000 | 9,895.00 | | 9,895.00 |
| 09/25/14 | 1 | Amy Smith<br>None on Check | Close out bank accts | 1129-000 | 2,341.61 | | 12,236.61 |
| 10/07/14 | 7 | ComEd<br>Kema Services, INc.<br>67 S. Bedford St, Ste 201E<br>Burlington, MA 01803 | A/R | 1121-000 | 13,800.00 | | 26,036.61 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 26,026.61 |
| 10/29/14 | 005001 | Extra Space Storage<br>1812 N. Larkin Avenue<br>Crest HIll, IL 60403 | Storage Fees<br>Buisness equipment and inventory storage fees. | 2410-000 | | 168.00 | 25,858.61 |
| 11/03/14 | 6 | The Hartford<br>Bank of America<br>Hartford, CT 06120 | Refund | 1229-000 | 633.75 | | 26,492.36 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 34.72 | 26,457.64 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 38.03 | 26,419.61 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 39.27 | 26,380.34 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 39.22 | 26,341.12 |
| 03/19/15 | 005002 | ADAMS LEVINE<br>SURETY BOND AGENCY<br>60 EAST 42ND STREET, ROOM 965<br>NEW YORK, NY 10165 | BOND PREMIUM<br>BOND# 10BSBGR6291 | 2300-000 | | 25.51 | 26,315.61 |

Page Subtotals          26,670.36          354.75

**FORM 2**                                                                                                    Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit B

| | |
|---|---|
| Case No: | 14-28323  -BWB |
| Case Name: | ELECTRICAL SOLUTIONS NETWORK, INC., |
| | |
| Taxpayer ID No: | *******1063 |
| For Period Ending: | 12/09/15 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5157  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 26,670.36 | 354.75 | 26,315.61 |
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 26,670.36 | 354.75 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 26,670.36 | 354.75 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******5157 | 26,670.36 | 354.75 | 26,315.61 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 26,670.36 | 354.75 | 26,315.61 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-28323
Case Name: ELECTRICAL SOLUTIONS NETWORK, INC.,
Trustee Name: Peter N. Metrou, Trustee

Balance on hand                                       $          26,315.61

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002A | Internal Revenue Service | $     86,501.57 | $     86,501.57 | $        0.00 | $     20,770.68 |

Total to be paid to secured creditors          $          20,770.68

Remaining Balance                              $           5,544.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $     3,417.04 | $        0.00 | $     3,417.04 |
| Trustee Expenses: Peter N. Metrou, Trustee | $       202.89 | $        0.00 | $       202.89 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $     1,425.00 | $        0.00 | $     1,425.00 |
| Other: Brandt & Associates, P.C. | $       500.00 | $        0.00 | $       500.00 |

Total to be paid for chapter 7 administrative expenses          $           5,544.93

Remaining Balance                                               $               0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 87,666.77  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| 000002B | Internal Revenue Service | $       1,165.20 | $         0.00 | $         0.00 |

Total to be paid to priority creditors        $_____ 0.00

Remaining Balance        $_____ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 150,000.72  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| 000001 | Facility Solutions Group | $     111,039.99 | $         0.00 | $         0.00 |
| 000003 | Everlast Lighting Inc | $       4,946.12 | $         0.00 | $         0.00 |
| 000004 | Sprint Corp | $         416.86 | $         0.00 | $         0.00 |
| 000005 | Best Energy Reduction Technologies LLC | $      14,984.04 | $         0.00 | $         0.00 |
| 000006 | Audrey Spencer | $      18,613.71 | $         0.00 | $         0.00 |
| 000002C | INTERNAL REVENUE SERVICE | $           0.00 | $         0.00 | $         0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $_____0.00 |
| Remaining Balance | $_____0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE