UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
ELECTRICAL SOLUTIONS NETWORK,             §    Case No. 14-28323
INC.,                                     §
                                          §
           Debtor                         §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
           CLERK OF THE COURT
           219 South Dearborn
           Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 01/15/2016 in Courtroom 2nd Floor,
           Joliet City Hall
           150 West Jefferson, 2nd Floor
           Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/11/2015            By: _____

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| ELECTRICAL SOLUTIONS NETWORK, INC., | § | Case No. 14-28323 |
| | § | |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 26,670.36 |
| and approved disbursements of | $ | 354.75 |
| leaving a balance on hand of[1] | $ | 26,315.61 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002A | Internal Revenue Service | $ 86,501.57 | $ 86,501.57 | $ 0.00 | $ 20,770.68 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 20,770.68 |
| Remaining Balance | $ | 5,544.93 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 3,417.04 | $ 0.00 | $ 3,417.04 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 202.89 | $ 0.00 | $ 202.89 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD | $ 1,425.00 | $ 0.00 | $ 1,425.00 |
| Other: Brandt & Associates, P.C. | $ 500.00 | $ 0.00 | $ 500.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | Total to be paid for chapter 7 administrative expenses | $ 5,544.93 |
|---|---|---|
| | Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 87,666.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Internal Revenue Service | $ 1,165.20 | $ 0.00 | $ 0.00 |

| | Total to be paid to priority creditors | $ 0.00 |
|---|---|---|
| | Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 150,000.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Facility Solutions Group | $ 111,039.99 | $ 0.00 | $ 0.00 |
| 000003 | Everlast Lighting Inc | $ 4,946.12 | $ 0.00 | $ 0.00 |
| 000004 | Sprint Corp | $ 416.86 | $ 0.00 | $ 0.00 |
| 000005 | Best Energy Reduction Technologies LLC | $ 14,984.04 | $ 0.00 | $ 0.00 |
| 000006 | Audrey Spencer | $ 18,613.71 | $ 0.00 | $ 0.00 |
| 000002C | INTERNAL REVENUE SERVICE | $ 0.00 | $ 0.00 | $ 0.00 |

    Total to be paid to timely general unsecured creditors      $_____0.00_

    Remaining Balance      $_____0.00_

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-28323-BWB
Electrical Solutions Network, Inc.                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: rgreen            Page 1 of 2            Date Rcvd: Dec 11, 2015
                                Form ID: pdf006         Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2015.

```
db          +Electrical Solutions Network, Inc.,   303 Turnbridge Drive,   Shorewood, IL 60404-0586
22234944    +Advance Electrical Supply Co,   P.O. Box 1186,   Bedford Park, IL 60499-1186
22234945    +All Tech Energy Inc.,   1000 E State Parkway # C,   Schaumburg, IL 60173-4592
22234946    +Audrey Spencer,   51373 Summit Street,   Paw Paw, MI 49079-8524
22234947    +Barron Lighting,   P.O. Box 8271,   Pasadena, CA 91109-8271
22572941    +Best Energy Reduction Technologies LLC,   840 First Ave Suite 300,
              King of Prussia, PA 19406-4062
23742191    +Brandt & Associates, P.C.,   1544 Creek Dr.,   Morris, IL 60450-6862
22234948    +Brooke S. Waldrep,   Schmoyer Reinhard LLP,   17806 IH 10 West # 400,
              San Antonio, TX 78257-8222
22234949    +Brumund, Jacobs, Hammel, Davidson,   Attorneys At Law,   58 E Clinton Street # 200,
              Joliet, IL 60432-4193
22234953     CST Co Inc.,   P.O. Box 33127,   Louisville, KY 40232-3127
22234950     Clayton Lindsey,   Williams McCarthy LLP,   PO Box 339, 607 Washington Street,
              Oregon, IL 61061-0339
22234951    +Color Stars,   515 N Smith Avenue # 101,   Corona, CA 92880-6906
22234952    +Comcast Cable,   P.O. Box 3002,   Southeastern, PA 19398-3002
22234954    +David W. Clark,   Attorney At Law,   207 N Washington Street,   Wheaton, IL 60187-5314
22234955    +Dongarra Electric Co, Inc.,   15120 E 127th Street,   Lemont, IL 60439-2655
22234956    +Electrical Resource Management Inc,   703 Childs Street,   Wheaton, IL 60187-4808
22234957    +Electrick Electrical Contractors,   n/k/a Fritz ElectRick Inc.,   P.O. Box 58,
              Monroe Center, IL 61052-0058
22434673    +Everlast Lighting Inc,   POB 1086,   Jackson, MI 49204-1086
22234958    +Everlights,   8027 N Lawndale Avenue,   Skokie, IL 60076-3435
22234959    +Facility Solutions Group,   4401 Westgate Blvd # 310,   Austin, TX 78745-1494
22234960    +Frost Electric Company Inc.,   749 Morton Avenue,   Aurora, IL 60506-2816
22234961    +Full Spectrum Solutions Inc,   2021 Wellworth,   Jackson, MI 49203-3451
22234962    +GC Services Limited Partnership,   P.O. Box 1466,   Houston, TX 77251-1466
22234963    +Great Lakes Kwik Space,   P.O. Box 1124,   Bedford Park, IL 60499-1124
22234964    +Green Power Technologies LLC,   840 1st Avenue # 300,   King of Prussia, PA 19406-4062
22234965    +Green Scrapper Recycling,   1707 74th Street,   Kenosha, WI 53143-5379
22234966    +Harrison Electric Inc.,   10855 W 400 North,   Michigan City, IN 46360-9474
22568366    +Illinois Department of Revenue,   9511 Harrison Street DP-A,   Des Plaines, IL 60016-1563
22234967   #+Indicom Electric Co LLC,   2433 Reeves Road,   Joliet, IL 60436-9538
22234968    +Integrated Systems Tech Inc.,   1802 N Division Street # 213,   Morris, IL 60450-3107
22860256    +Joliet Public Schools District 86,   420 N Raynor Avenue,   Joliet, IL 60435-6065
22234970    +Joliet Region Chamber of Commerce,   P.O. Box 752,   Joliet, IL 60434-0752
22234973    +Law Offices of Gene A. Eich, Ltd.,   6032 N Lincoln Avenue,   Morton Grove, IL 60053-2955
22234974    +Light Efficient Design,   188 Northwest Highway # 301,   Cary, IL 60013-2987
22234975    +Lincolnway Comm High School Dist,   1801 E Lincoln Highway,   New Lenox, IL 60451-2098
22234976    +Manufacturers News Inc.,   1633 Central Street,   Evanston, IL 60201-1569
22234977   #+Margaret Smith,   18773 Bernadine,   Lansing, IL 60438-3508
22234978    +Merc Pak Inc.,   6655 N Avondale Avenue # 3,   Chicago, IL 60631-1786
22234979    +Michael Sebalj,   2890 Golf Road,   Joliet, IL 60432-0705
22234980    +Mobern Lighting Co,   P.O. Box 246,   Laurel, MD 20725-0246
22234981    +Office of Lee Goldman,   7302 E. Helm Drive # 2006,   Scottsdale, AZ 85260-3126
22234982    +Panelshop.Net Inc,   3460 O'hara Terrace,   Naperville, IL 60564-8167
22234983    +Peter Barber,   Burt & Associates,   4100 Midway Road # 2115,   Carrollton, TX 75007-1965
22234985    +Receivables Management Svcs Corp,   4836 Brecksville Road,   P.O. Box 523,
              Richfield, OH 44286-0523
22234986    +Rental Max Administration,   908 E Roosevelt Road # 2,   Wheaton, IL 60187-5651
22234987    +Revere Electric Supply Co,   975 Weiland Road # 210,   Buffalo Grove, IL 60089-7051
22234988    +Sprint,   3000 Corporate Exchange Drive,   Columbus, OH 43231-7689
22234989    +Staples Credit Plan,   P.O. Box 6403,   Sioux Falls, SD 57117-6403
22234990    +Teller, Levit & Silvertrust PC,   19 S LaSalle Street # 701,   Chicago, IL 60603-6369
22234991    +Timm Electric Inc.,   17832 Mills Road,   Joliet, IL 60433-8576
22234993    +UPS Freight,   175 Kendall Point,   Oswego, IL 60543-8801
22234994    +Wesco,   723 N Oaklawn Avenue,   Elmhurst, IL 60126-1405
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22568365    +E-mail/Text: rev.bankruptcy@illinois.gov Dec 12 2015 00:57:54
              Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
              Chicago, IL 60664-0338
22234969     E-mail/Text: cio.bncmail@irs.gov Dec 12 2015 00:57:14      Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
22234984    +E-mail/Text: liz@pbbjackson.com Dec 12 2015 00:56:41      Professional Business Bureau Inc,
              403 S Jackson Street,   P.O. Box 227,   Jackson, MI 49204-0227
22463697     E-mail/Text: appebnmailbox@sprint.com Dec 12 2015 00:57:48      Sprint Corp,
              Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
22234992    +E-mail/Text: bankruptcydepartment@tsico.com Dec 12 2015 01:00:28      Transworld Systems,
              507 Prudential Road,   Horsham, PA 19044-2308
22234995    +E-mail/Text: alison.oliver@wisconsinlift.com Dec 12 2015 00:56:54      Wisconsin Lift Truck,
              3125 Intertech Drive,   Brookfield, WI 53045-5113
                                                                                              TOTAL: 6
```

```
District/off: 0752-1           User: rgreen                Page 2 of 2                  Date Rcvd: Dec 11, 2015
                               Form ID: pdf006             Total Noticed: 58

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22568367*      +Everlast Lighting Inc.,    P.O. Box 1086,    Jackson, MI 49204-1086
22234971      ##+KMG Electric Inc.,    POB 3667,    Dillon, Co 80435-3667
22234972      ##+Larkin Point LLC,    DTD Investments,    2121 Oneida Street # 402,    Joliet, IL 60435-6585
                                                                                    TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2015 at the address(es) listed below:
              John A Reed    on behalf of Debtor 1    Electrical Solutions Network, Inc.
               barbf@thebankruptcylaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    on behalf of Accountant Lois   West met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```