UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § § § | |
| ELECTRICAL SOLUTIONS NETWORK, INC., | § § § § | Case No. 14-28323 |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 26,565.00                             Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 20,770.68         Claims Discharged
                                                                                Without Payment: 1,231,559.40

Total Expenses of Administration: 5,899.68

---

3) Total gross receipts of $ 26,670.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 26,670.36 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 86,501.57 | $ 86,501.57 | $ 20,770.68 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,899.68 | 5,899.68 | 5,899.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 86,347.59 | 1,165.20 | 1,165.20 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 994,045.89 | 150,000.72 | 150,000.72 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,080,393.48 | $ 243,567.17 | $ 243,567.17 | $ 26,670.36 |

  4)  This case was originally filed under chapter 7 on  08/01/2014 .  The case was pending for 19 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/29/2016                         By:/s/Peter N. Metrou, Trustee
                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivables - see attached breakdown | 1121-000 | 9,895.00 |
| Bonus Check from ComEd | 1121-000 | 13,800.00 |
| Checking account with Chase Bank # 4904 | 1129-000 | 2,341.61 |
| Refund | 1229-000 | 633.75 |
| **TOTAL GROSS RECEIPTS** | | **$26,670.36** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | INTERNAL REVENUE SERVICE | 4300-000 | NA | 86,501.57 | 86,501.57 | 20,770.68 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 86,501.57** | **$ 86,501.57** | **$ 20,770.68** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 3,417.04 | 3,417.04 | 3,417.04 |
| PETER N METROU | 2200-000 | NA | 202.89 | 202.89 | 202.89 |
| ADAMS LEVINE | 2300-000 | NA | 25.51 | 25.51 | 25.51 |
| STORAGE, EXTRA SPACE | 2410-000 | NA | 168.00 | 168.00 | 168.00 |
| Associated Bank | 2600-000 | NA | 161.24 | 161.24 | 161.24 |
| POPOWCER KATTEN | 3410-000 | NA | 1,425.00 | 1,425.00 | 1,425.00 |
| BRANDT & ASSOCIATES, P.C. | 3991-000 | NA | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 5,899.68 | $ 5,899.68 | $ 5,899.68 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | 86,347.59 | NA | NA | 0.00 |
| 000002B | INTERNAL REVENUE SERVICE | 5800-000 | NA | 1,165.20 | 1,165.20 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 86,347.59 | $ 1,165.20 | $ 1,165.20 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brooke S. Waldrep Schmoyer Reinhard LLP 17806 IH 10 West # 400 San Antonio, TX 78257 | | 0.00 | NA | NA | 0.00 |
| | CST Co Inc. P.O. Box 33127 Louisville, KY 40232-3127 | | 0.00 | NA | NA | 0.00 |
| | Clayton Lindsey Williams McCarthy LLP PO Box 339, 607 Washington Street Oregon, IL 61061-0339 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Advance Electrical Supply Co P.O. Box 1186 Bedford Park, IL 60499 | | 30,000.00 | NA | NA | 0.00 |
| | Creditor #: 10 Electrick Electrical Contractors n/k/a Fritz ElectRick Inc. P.O. Box 58 Monroe Center, IL 61052 | | 4,773.22 | NA | NA | 0.00 |
| | Creditor #: 11 Everlights 8027 N Lawndale Avenue Skokie, IL 60076 | | 9,955.30 | NA | NA | 0.00 |
| | Creditor #: 12 Facility Solutions Group 4401 Westgate Blvd # 310 Austin, TX 78745 | | 111,039.99 | NA | NA | 0.00 |
| | Creditor #: 13 Frost Electric Company Inc. 749 Morton Avenue Aurora, IL 60506 | | 62,807.47 | NA | NA | 0.00 |
| | Creditor #: 14 Full Spectrum Solutions Inc 2021 Wellworth Jackson, MI 49203 | | 1,813.87 | NA | NA | 0.00 |
| | Creditor #: 15 Great Lakes Kwik Space P.O. Box 1124 Bedford Park, IL 60499 | | 364.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 16 Green Power Technologies LLC 840 1st Avenue # 300 King of Prussia, PA 19406 | | 12,291.62 | NA | NA | 0.00 |
| | Creditor #: 17 Green Scrapper Recycling 1707 74th Street Kenosha, WI 53143 | | 1,214.65 | NA | NA | 0.00 |
| | Creditor #: 18 Harrison Electric Inc. 10855 W 400 North Michigan City, IN 46360 | | 1,740.00 | NA | NA | 0.00 |
| | Creditor #: 19 Indicom Electric Co LLC 2433 Reeves Road Joliet, IL 60436 | | 325,633.90 | NA | NA | 0.00 |
| | Creditor #: 2 All Tech Energy Inc. 1000 E State Parkway # C Schaumburg, IL 60173 | | 25,800.00 | NA | NA | 0.00 |
| | Creditor #: 20 Integrated Systems Tech Inc. 1802 N Division Street # 213 Morris, IL 60450 | | 2,744.60 | NA | NA | 0.00 |
| | Creditor #: 21 Joliet Region Chamber of Commerce P.O. Box 752 Joliet, IL 60434 | | 260.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 22 KMG Electric Inc. P.O. Box 3667 Dillon, CO 80435 | | 5,719.81 | NA | NA | 0.00 |
| | Creditor #: 23 Larkin Point LLC DTD Investments 2121 Oneida Street # 402 Joliet, IL 60435 | | 13,480.00 | NA | NA | 0.00 |
| | Creditor #: 24 Light Efficient Design 188 Northwest Highway # 301 Cary, IL 60013 | | 2,360.56 | NA | NA | 0.00 |
| | Creditor #: 25 Lincolnway Comm High School Dist 1801 E Lincoln Highway New Lenox, IL 60451 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 26 Manufacturers News Inc. 1633 Central Street Evanston, IL 60201 | | 174.00 | NA | NA | 0.00 |
| | Creditor #: 27 Margaret Smith 18773 Bernadine Lansing, IL 60438 | | 100,000.00 | NA | NA | 0.00 |
| | Creditor #: 28 Merc Pak Inc. 6655 N Avondale Avenue # 3 Chicago, IL 60631 | | 550.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 29 Michael Sebalj 2890 Golf Road Joliet, IL 60432 | | 3,423.00 | NA | NA | 0.00 |
| | Creditor #: 3 Audrey Spencer 51373 Summit Street Paw Paw, MI 49079 | | 18,613.71 | NA | NA | 0.00 |
| | Creditor #: 30 Mobern Lighting Co P.O. Box 246 Laurel, MD 20723 | | 4,841.70 | NA | NA | 0.00 |
| | Creditor #: 31 Panelshop.Net Inc 3460 O'hara Terrace Naperville, IL 60564 | | 4,195.00 | NA | NA | 0.00 |
| | Creditor #: 32 Rental Max Administration 908 E Roosevelt Road # 2 Wheaton, IL 60187 | | 833.10 | NA | NA | 0.00 |
| | Creditor #: 33 Revere Electric Supply Co 975 Weiland Road # 210 Buffalo Grove, IL 60089 | | 403.07 | NA | NA | 0.00 |
| | Creditor #: 34 Sprint 3000 Corporate Exchange Drive Columbus, OH 43231 | | 416.86 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor #: 35 Staples Credit Plan P.O. Box 6403 Sioux Falls, SD 57117 |  | 1,882.77 | NA | NA | 0.00 |
|  | Creditor #: 36 Timm Electric Inc. 17832 Mills Road Joliet, IL 60433 |  | 31,873.20 | NA | NA | 0.00 |
|  | Creditor #: 37 UPS Freight 175 Kendall Point Oswego, IL 60543 |  | 89.67 | NA | NA | 0.00 |
|  | Creditor #: 38 Wesco 723 N Oaklawn Avenue Elmhurst, IL 60126 |  | 1,043.45 | NA | NA | 0.00 |
|  | Creditor #: 39 Wisconsin Lift Truck 3125 Intertech Drive Brookfield, WI 53045 |  | 325.91 | NA | NA | 0.00 |
|  | Creditor #: 4 Barron Lighting P.O. Box 8271 Pasadena, CA 91109 |  | 3,787.50 | NA | NA | 0.00 |
|  | Creditor #: 5 Brumund, Jacobs, Hammel, Davidson Attorneys At Law 58 E Clinton Street # 200 Joliet, IL 60432 |  | 606.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 6 Color Stars 515 N Smith Avenue # 101 Corona, CA 92880 | | 290.00 | NA | NA | 0.00 |
| | Creditor #: 7 Comcast Cable P.O. Box 3002 Southeastern, PA 19398 | | 1,092.62 | NA | NA | 0.00 |
| | Creditor #: 8 Dongarra Electric Co, Inc. 15120 E 127th Street Lemont, IL 60439 | | 618.25 | NA | NA | 0.00 |
| | Creditor #: 9 Electrical Resource Management Inc 703 Childs Street Wheaton, IL 60187 | | 206,986.09 | NA | NA | 0.00 |
| | David W. Clark Attorney At Law 207 N Washington Street Wheaton, IL 60187 | | 0.00 | NA | NA | 0.00 |
| | GC Services Limited Partnership P.O. Box 1466 Houston, TX 77251 | | 0.00 | NA | NA | 0.00 |
| | Law Offices of Gene A. Eich, Ltd. 6032 N Lincoln Avenue Morton Grove, IL 60053 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Office of Lee Goldman 7302 E. Helm Drive # 2006 Scottsdale, AZ 85260 | | 0.00 | NA | NA | 0.00 |
| | Peter Barber Burt & Associates 4100 Midway Road # 2115 Carrollton, TX 75007 | | 0.00 | NA | NA | 0.00 |
| | Professional Business Bureau Inc 403 S Jackson Street P.O. Box 227 Jackson, MI 49204 | | 0.00 | NA | NA | 0.00 |
| | Receivables Management Svcs Corp 4836 Brecksville Road P.O. Box 523 Richfield, OH 44286 | | 0.00 | NA | NA | 0.00 |
| | Teller, Levit & Silvertrust PC 19 S LaSalle Street # 701 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Transworld Systems 507 Prudential Road Horsham, PA 19044 | | 0.00 | NA | NA | 0.00 |
| 000006 | AUDREY SPENCER | 7100-000 | NA | 18,613.71 | 18,613.71 | 0.00 |
| 000005 | BEST ENERGY REDUCTION TECHNOLOGIES | 7100-000 | NA | 14,984.04 | 14,984.04 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | EVERLAST LIGHTING INC | 7100-000 | NA | 4,946.12 | 4,946.12 | 0.00 |
| 000001 | FACILITY SOLUTIONS GROUP | 7100-000 | NA | 111,039.99 | 111,039.99 | 0.00 |
| 000002C | INTERNAL REVENUE SERVICE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000004 | SPRINT CORP | 7100-000 | NA | 416.86 | 416.86 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 994,045.89 | $ 150,000.72 | $ 150,000.72 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-28323 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | ELECTRICAL SOLUTIONS NETWORK, INC., | | | | Date Filed (f) or Converted (c): | 08/01/14 (f) |
| | | | | | 341(a) Meeting Date: | 09/04/14 |
| For Period Ending: | 02/29/16 | | | | Claims Bar Date: | 12/08/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Chase Bank # 4904 | 2,980.00 | 2,980.00 | | 2,341.61 | FA |
| 2. Checking account with Chase Bank # 4870 | 65.00 | 65.00 | | 0.00 | FA |
| 3. Accounts Receivables - see attached breakdown | 39,441.63 | 39,441.63 | | 9,895.00 | FA |
| 4. Misc Office Equipment, Furnishings & Supplies | 7,000.00 | 7,000.00 | OA | 0.00 | FA |
| 5. Inventory | 19,500.00 | 19,500.00 | OA | 0.00 | FA |
| 6. Refund (u) | 0.00 | 0.00 | | 633.75 | FA |
| 7. Bonus Check from ComEd | 13,800.00 | 0.00 | | 13,800.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $82,786.63     $68,986.63     $26,670.36     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST on 12-9-2015.

Initial Projected Date of Final Report (TFR): 12/01/15    Current Projected Date of Final Report (TFR): 12/10/15

LFORM1                                                                                                                                                      Ver: 19.05f

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-28323 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ELECTRICAL SOLUTIONS NETWORK, INC., | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5157 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1063 | | |
| For Period Ending: | 02/29/16 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/25/14 | 3 | U.S.O.B.<br>28156 W. Northpointe Pkwy<br>Lake Barrington, IL 60010 | A/R | 1121-000 | 9,895.00 | | 9,895.00 |
| 09/25/14 | 1 | Amy Smith<br>None on Check | Close out bank accts | 1129-000 | 2,341.61 | | 12,236.61 |
| 10/07/14 | 7 | ComEd<br>Kema Services, INc.<br>67 S. Bedford St, Ste 201E<br>Burlington, MA 01803 | A/R | 1121-000 | 13,800.00 | | 26,036.61 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 26,026.61 |
| 10/29/14 | 005001 | Extra Space Storage<br>1812 N. Larkin Avenue<br>Crest HIll, IL 60403 | Storage Fees<br>Buisness equipment and inventory storage fees. | 2410-000 | | 168.00 | 25,858.61 |
| 11/03/14 | 6 | The Hartford<br>Bank of America<br>Hartford, CT 06120 | Refund | 1229-000 | 633.75 | | 26,492.36 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 34.72 | 26,457.64 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 38.03 | 26,419.61 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 39.27 | 26,380.34 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 39.22 | 26,341.12 |
| 03/19/15 | 005002 | ADAMS LEVINE<br>SURETY BOND AGENCY<br>60 EAST 42ND STREET, ROOM 965<br>NEW YORK, NY 10165 | BOND PREMIUM<br>BOND# 10BSBGR6291 | 2300-000 | | 25.51 | 26,315.61 |
| 01/28/16 | 005003 | METROU & ASSOCIATES, P.C.<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 3,619.93 | 22,695.68 |

Page Subtotals    26,670.36    3,974.68

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-28323 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ELECTRICAL SOLUTIONS NETWORK, INC., | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5157 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1063 | | |
| For Period Ending: | 02/29/16 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees       3,417.04 | 2100-000 | | | |
| | | | Expenses    202.89 | 2200-000 | | | |
| 01/28/16 | 005004 | Brandt & Associates, P.C. 1544 Creek Dr. Morris, IL 60450 | Claim 000007, Payment 100.00000% | 3991-000 | | 500.00 | 22,195.68 |
| 01/28/16 | 005005 | POPOWCER KATTEN, LTD 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 1,425.00 | 20,770.68 |
| 01/28/16 | 005006 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Claim 000002A, Payment 24.01191% | 4300-000 | | 20,770.68 | 0.00 |

|  | COLUMN TOTALS | 26,670.36 | 26,670.36 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 26,670.36 | 26,670.36 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 26,670.36 | 26,670.36 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********5157 | 26,670.36 | 26,670.36 | 0.00 |
| | 26,670.36 | 26,670.36 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          22,695.68

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 16)